| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>MARTHA A. BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>COLIN SAMPSON (CABN 249784)<br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Tel: (415) 436-7200<br>    Fax: (415) 436-7234<br>    Colin.Sampson@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Mar 12 2024<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CSABA JOHN CSUKÁS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.:   3:24-cr-00152 WHO<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**UNDER SEAL** |

    Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, indictment, cover pages, penalty sheets, and arrest warrants, and all attachments in the above-referenced case, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office.

    IT IS FURTHER ORDERED that The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation, which should be allowed to share the documents with other law enforcement and

intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.  The arrest warrants are hereby unsealed after each has been executed.

IT IS SO ORDERED.

DATED: March ___12___, 2024

_____
HON. LAUREL BEELER
United States Magistrate Judge