UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

USA,

        Plaintiff,

   v.

CSABA JOHN CSUKAS,

        Defendant.

Case No. 24-cr-00152-WHO-1 (LB)

**ORDER FOR RELEASE FROM FEDERAL CUSTODY**

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 24-cr-00152-WHO-1