1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA A. BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   COLIN C. SAMPSON (CABN 249784)
5  Assistant United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7020
7      FAX: (415) 436-7009
       Colin.Sampson@usdoj.gov
8  LIA RETTAMMEL (MDBN 1112150047)
   Trial Attorney, Civil Rights Division
9      950 Pennsylvania Ave. NE – 4CON 7.915
       Washington, DC 20530
10     (202) 514-3204
       Lia.Rettammel@usdoj.gov
11
12 Attorneys for United States of America

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16
17 UNITED STATES OF AMERICA,           ) CR 24-00152 WHO
                                       )
18        Plaintiff,                   )
                                       ) UNITED STATES' WITNESS LIST
19    v.                               )
                                       )
20 CSABA JOHN CSUKÁS,                  ) Pretrial:   October 8, 2024
                                       ) Trial:      October 21, 2024
21        Defendant.                   ) Court:      Honorable William H. Orrick
                                       )
22                                     )

23
24        The United States of America ("United States") hereby submits its list of prospective witnesses

25 who may be called (other than those called solely for impeachment or rebuttal) to testify at trial. The

26 United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or

27 modify this list before trial and to call additional witnesses as may be necessary during trial:

28        Notices and disclosures for the below witnesses under Federal Rules of Evidence 602, 702, 703,

UNITED STATES' WITNESS LIST
CR 24-00152 WHO                              1

and/or 705 have been provided to the defense:

1. <u>Payton Barnes</u> (Subpoena Compliance Specialist, Lyft, Inc.): Payton Barnes may testify regarding Lyft, Inc. policies governing users of the Lyft platform. Ms. Barnes may further testify about records and communications on the Lyft platform, including how users communicate with other users, what is displayed to specific users (ex., drivers and riders) about specific rides and pickup information, and what data Lyft stores about rides. Ms. Barnes may further testify regarding how rides are assigned at San Francisco International Airport versus non-airport locations, and how users report safety or other issues to Lyft. Ms. Barnes may further testify regarding Lyft's relationship with Flexdrive, LLC for leasing of vehicles. Ms. Barnes may further testify regarding her role as a Subpoena Compliance Specialist at Lyft, Inc., and as a custodian of records for documents produced by Lyft during the investigation of this matter.

2. <u>S.B.</u> (Victim): S.B. may testify regarding his interaction with Defendant and the assault on him by the Defendant at San Francisco International Airport on October 26, 2024. S.B. may further testify regarding a video he took of Defendant immediately after the assault, his reporting of the assault to Lyft and to police, physical pain and injuries sustained as a result of the assault, subsequent medical visits and treatments, and damage to property as a result of the assault, including to an in-ear wireless device owned by S.B.

3. <u>Revital Barsheshet</u>: Ms. Barsheshet may testify regarding her observations of S.B. and actions taken after she arrived at San Francisco International Airport on October 26, 2023, including observations of injuries to S.B., and S.B.'s medical appointments and actions in the months after the assault.

4. <u>Ofc. Fidel Gonzalez</u> (San Francisco Police Department): Officer Fidel Gonzalez may testify regarding his response to a call for service at San Francisco International Airport Garage Level 5, statements he took from the victim and witnesses subsequent to the call for service, and other investigative steps taken in case 23-29960, including taking photographs, collection of surveillance video evidence of the assault and license plate information for Defendant's vehicle.

5. <u>Robyn Lipkowitz</u> (Eyewitness): Robyn Lipkowitz may testify as a witness to the assault on S.B. at San Francisco International Airport on October 26, 2024.

6. <u>Matt Maychrowitz</u> (Intellicene):  Sr. Software Engineer Matt Maychrowitz may testify about retrieval, extraction, and production of video files from San Francisco International Airport's closed-circuit video ("CCTV") system.

7. <u>Kathleen Millspaugh</u> (Special Agent, FBI):  Special Agent Millspaugh may testify about items seized pursuant to a search warrant served on Reddit, Inc., and her possession and custody of physical evidence obtained in the investigation, including the victim's wireless in-ear devices.  Special Agent Millspaugh may further testify regarding evidence collected during the investigation and prosecution of this matter by subpoena, search warrant, and other legal process, or from publicly accessible sources and voluntarily provided evidence. Special Agent Millspaugh may further testify regarding statements made by Defendant in an interview conducted on January 10, 2024.  Special Agent Millspaugh will attend trial at counsel's table and may testify regarding summaries of voluminous evidence admitted at trial, including but not limited to financial records and records related to rideshare rides.

8. <u>Deputy Jeffrey Morgan</u> (San Mateo County Sheriff's Office):  Deputy Morgan may testify regarding his investigation of the assault on S.B. and collection of surveillance video evidence of the assault and license plate information for Defendant's vehicle.

9. <u>Ofc. Wilson Ng</u> (San Francisco Police Department): Officer Wilson Ng may testify regarding his response to a call for service at San Francisco International Airport Garage Level 5, statements he took from the victim and witnesses subsequent to the call for service, and other investigative steps taken in case 23-29960, including taking photographs, collection of surveillance video evidence of the assault and license plate information for Defendant's vehicle.

10. <u>Kathryn Taylor</u> (Special Agent, FBI):  Special Agent Taylor may testify about items seized pursuant to a search warrant served on Reddit, Inc., statements made by Defendant in an interview conducted on January 10, 2024, and her possession and custody of physical evidence obtained in the investigation, including the victim's wireless in-ear devices.

11. <u>Alexandria Wylie</u>:  Alexandria Wylie may testify regarding a Lyft ride she received from Defendant during the evening of October 26, 2024, and statements made by Defendant relevant to Defendant's state of mind.

Custodians of Record

    12. <u>California Department of Motor Vehicles</u>: A custodian of records for California Department of Motor Vehicles ("DMV") may testify about driver information associated with Defendant.

    13. <u>Flexdrive Services, LLC</u>: A custodian of records of Flexdrive Services, LLC, may testify regarding leases or agreements with Defendant and/or Lyft, Inc., related to a Kia Nero, California License Plate No. 8RGY215 and other documents produced to the government pursuant to legal process.

    14. <u>Golden1 Credit Union</u> (Gloria Hernandez): Gloria Hernandez, or another employee and records custodian of Golden1 Credit Union, may testify regarding bank forms and entries on bank statements related to Defendant.

    15. <u>Reddit, Inc.</u> (Alex Yap): Alex Yap, or another employee and custodian of records of Reddit, Inc., may testify regarding the account associated with Defendant produced to the government pursuant to legal process, including content seized by search warrant.

    16. <u>T-Mobile, USA</u> (Hillary Rapson): Hillary Rapson, Custodian of records of T-Mobile, USA, may testify about the records it keeps related to telephone call history and account information for Defendant.

    17. <u>Uber, Inc.</u>: A representative of Uber, Inc., may testify regarding Defendant's activities as a driver for Uber and records produced to the government during the investigation of this matter.

Dated: September 16, 2024.

ISMAIL J. RAMSEY
United States Attorney

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
LIA RETTAMMEL
Trial Attorney, Civil Rights Division