1  JODI LINKER Cal. Bar No. 230273
Federal Public Defender
2  Northern District of California
CANDIS MITCHELL Cal. Bar No. 242797
3  ELISSE LAROUCHE Cal. Bar No. 308533
Assistant Federal Public Defender
4  19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
5  San Francisco, CA 94102
Telephone:   (415) 436-7700
6  Facsimile:   (415) 436-7706
Email:       Candis_Mitchell@fd.org
7

8
Counsel for Defendant Csukás
9

10

11                IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  **United States of America,**          **Case No.:** CR 24–152 WHO

16            Plaintiff,                    **Defendant's Exhibit List**

17         v.                              **Hearing Date:**   October 8, 2024
                                           **Hearing Time:**   3:30 p.m.
18  **Csaba John Csukás,**

19            Defendant.

20

21        The defense hereby submits a list of potential exhibits in the above-captioned case. The defense

22  will decide whether and how to present a defense case after the government presents its case. The

23  defense reserves the right to amend this list prior and during trial as necessary.

24

25

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 100 | Lyft Records | US-000509 – US-000511<br>US-000634 – US-000640<br>US-000698 – US-000814<br>US-000822 – US-000918<br>US-000928 – US-000931<br>US-000941 – US-001056 |

DEFENDANT'S WITNESS LIST
*CSUKÁS*, CR 24–152 WHO

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 101 | Video Recording, Shlomi Barsheshet X (Twitter) Postings | FPD000135 |
| 102 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000138 |
| 103 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000139 |
| 104 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000140 |
| 105 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000141 |
| 106 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000142 |
| 107 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000143 |
| 108 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000144 |
| 109 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000145 |
| 110 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000146 |
| 111 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000147 |

Dated:     September 16, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
CANDIS MITCHELL
ELISSE LAROUCHE
Assistant Federal Public Defender

DEFENDANT'S WITNESS LIST
*CSUKÁS*, CR 24–152 WHO

2