JODI LINKER Cal. Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal. Bar No. 242797
ELISSE LAROUCHE Cal. Bar No. 308533
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Candis_Mitchell@fd.org

Counsel for Defendant Csukás

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Csaba John Csukás,**<br><br>Defendant. | **Case No.:** CR 24–152 WHO<br><br>**Defendant's Response to Order Directing Parties to Date Exhibits**<br><br>**Hearing Date:**   October 8, 2024<br>**Hearing Time:**   3:30 p.m. |

The defense respectfully submits the following dates for postings in exhibits referenced in the parties Motions *In Limine* and the Court's recent Order. *See* Dkt. No. 67. The proposed defense exhibits are tweet's from S.B.'s social media account from X. The defense is not seeking a hearsay exception for the exhibits and does not seek to admit the exhibits for the truth as the matter but rather as proof of S.B.'s bias and whether such bias affects the credibility of S.B.'s testimony. The reliability of a witness may be attacked with general evidence of untrustworthiness or through more particularized attacks to reveal "biases, prejudices, or ulterior motives" that relate to the testimony. *Averilla v. Lopez*, 862 F. Supp. 2d 987, 998 (N.D. Cal. 2012) *quoting Davis v. Alaska*, 415 U.S. 308, 316,

(1974).

| Exhibit No. | Description | Bates Number | Dates Associated with Postings |
|---|---|---|---|
| 101 | Video Recording, Shlomi Barsheshet X (Twitter) Postings | FPD000135 | January – July 2024 |
| 102 | Photo, Shlomi Barsheshet X (Twitter) Posting of pro-Palestine protestors with text above "I will admit that, nearly eight months into this nightmare, and somehow I'm still struck by the sheer cruelty and utter inhumanity of so many of those who rationalize terror" | FPD000138 | June 2, 2024 |
| 103 | Photo, Shlomi Barsheshet X (Twitter) Posting, header from protected account. | FPD000139 | September 2024 |
| 104 | Photo, Shlomi Barsheshet X (Twitter) Posting regarding hostages and a reposting from a satirical site regarding the numbers of people from Gaza killed in a fictitious Israeli hostage rescue. | FPD000140 | June 8, 2024 |
| 105 | Photo, Shlomi Barsheshet X (Twitter) Posting repost of a photo with "Anti-Zionism is Antisemitism" and posting about soldiers in Gaza discussing physics. | FPD000141 | July 2024 |
| 106 | Photo, Shlomi Barsheshet X (Twitter) Posting regarding hostage rescue | FPD000142 | June 10, 2024 |
| 107 | Photo, Shlomi Barsheshet X (Twitter) Posting regarding the loss of lives in Rafah, a city in the southern Gaza Strip, Palestine and the firing of an individual after he desired "to exile Jews back to Polad, Ukraine, etc." | FPD000143 | May 28, 2024 |
| 108 | Photo, Shlomi Barsheshet X (Twitter) Posting reposting regarding the number of people killed in Gaza and standing for Israel. | FPD000144 | April 12, 2024 |
| 109 | Photo, Shlomi Barsheshet X (Twitter) Posting, posting from newspaper with headline reading "Arabs Invade Palestine" with re-post reading "History bites hard." | FPD000145 | June 16, 2024 |
| 110 | Photo, Shlomi Barsheshet X (Twitter) Posting regarding a re-post stating that "On September 11th 2001, thousands of Palestinians, including children, took to the streets to CELEBRATE the Twin Towers attack after 2,977 people lost their lives." | FPD000146 | April 22, 2024 |

| Exhibit No. | Description | Bates Number | Dates Associated with Postings |
|---|---|---|---|
| 111 | Photo, Shlomi Barsheshet X (Twitter) Posting regarding allegations that actors would be portraying injured individuals after an attach on Rafah, a city in the southern Gaza Strip, Palestine. | FPD000147 | May 6, 2024 |

Dated:   October 6, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

             /S
CANDIS MITCHELL
ELISSE LAROUCHE
Assistant Federal Public Defender