ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

LIA RETTAMMEL (MDBN 1112150047)
Trial Attorney, Civil Rights Division
    950 Pennsylvania Ave. NE – 4CON 7.915
    Washington, DC 20530
    (202) 514-3204
    Lia.Rettammel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CSABA JOHN CSUKÁS, <br><br> Defendant. | CR 24-00152 WHO <br><br> UNITED STATES' EXHIBIT LIST <br><br> Trial:    October 28, 2024 <br> Court:   Honorable William H. Orrick |

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: October 24, 2024.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
LIA RETTAMMEL
Trial Attorney, Civil Rights Division

*United States of America v. Csaba John Csukás*, 3:24-CR-00152 WHO
**Government's Amended Trial Exhibit List**

| No. | Description | Begin Bates | End Bates | I.D. | Off. | Adm. |
|---|---|---|---|---|---|---|
| 1 | California Department of Motor Vehicles Image Record for Csaba John Csukás | US-000022 | | | | |
| 2 | AAG Certification | US-001565 | | | | |
| 3 | CBP International Flight Information, S.B. 10/26/2023 | US-001819 | | | | |
| 11 | Video (10/26/2023) | US-000041 | | | | |
| 12 | Screenshot of ride with "John" | US-000040 | | | | |
| 14 | Receipt, Google Pixel Buds Pro (11/05/2023) | US-000047 | US-000048 | | | |
| 15 | Google Keep Note by S.B. (10/26/2023) | US-001957 | | | | |
| 18 | Good Samaritan Hospital Patient Records for S.B., 10/26/2023 (redacted) | US-000024 | US-000039 | | | |
| 19 | OneMedical Records for S.B. (10/31/2023) | US-000044 | US-000045 | | | |
| 20 | Google Earbuds (Physical Exhibits) | | | | | |
| 21 | Certificates of Custodian of Records, Lyft, Inc. | US-000509; US-000630; US-000819; US-001050 | | | | |
| 22 | Account Information for User John Csaba Csukás (Redacted) | US-000510 | US-000511 | | | |
| 23 | Account Information for User John Csaba Csukás (Redacted) | US-000631 | US-000632 | | | |
| 24 | Account Information for User John Csaba Csukás (Redacted) | US-000820 | US-000821 | | | |
| 25 | Account Information for User John Csaba Csukás (Redacted) | US-000928 | US-000930 | | | |
| 26 | Account Information and Lack of Records Certification for User John Csaba Csukas (Redacted) | US-001048 | US-001049 | | | |
| 27 | Image of California Driver License for Csaba John Csukás (exp. 11/28/2026) | US-000522 | | | | |
| 28 | Profile Picture of User John Csaba Csukas | US-000524 | | | | |
| 29 | California Insurance ID Card (FlexDrive Services) | US-000529 | | | | |
| 30 | Lyft, Inc., Terms of Service, Privacy Policy, and Driver Addendum (12/12/2022) | US-000641 | US-000697 | | | |
| 31 | Lyft, Inc. Payment Records to Csaba Csukás | US-000699 | | | | |
| 32 | Lyft Ride Information for S.B., 10/26/2023 (Redacted) | US-000520 | | | | |
| 33 | Lyft Ride Information for S.B., 10/26/2023 (Redacted) | US-001054 | | | | |
| 34 | Lyft Transaction Information, User John Csaba Csukás (10/24/2023-10/26/2023) | US-000916 | | | | |
| 35 | Flexdrive Services Lease Information, Blue Kia Nero (October 23-30, 2023) | US-000536 | US-000566 | | | |
| 36 | Lyft Incident Report for S.B. (10/26/2023) | US-000932 | US-000940 | | | |

| No. | Description | Begin Bates | End Bates | I.D. | Off. | Adm. |
|---|---|---|---|---|---|---|
| 37 | Lyft Correspondence with John Csaba Csukás (10/26/2023-11/3/2023) | US-000533 | US-000534 | | | |
| 38 | Lyft Ride Information for John Csaba Csukás on 10/26/2023 | US-000634 | US-000640 | | | |
| 39 | Lyft Ride Information for John Csaba Csukás on 10/26/2023 | US-001047 | | | | |
| 40 | Lyft Driver Information for John Csaba Csukás | US-001777 | | | | |
| 41 | SFO Parking Garage Security Camera Video, 10/26/2023 | US-001094 | | | | |
| 42 | SFO Parking Garage Security Camera Video, 10/26/2023 (zoomed-in view) | US-001684 | | | | |
| 43 | Video of Surveillance Capture (10/26/2023) | US-001091 | | | | |
| 44 | Photograph #1 of S.B.'s face (left side) | US-001110 | | | | |
| 45 | Photograph #2 of S.B.'s face (left side) | US-001111 | | | | |
| 46 | Photograph #3 of S.B.'s face (left side) | US-001107 | | | | |
| 47 | Photograph #4 of S.B.'s face (left side rear) | US-001112 | | | | |
| 48 | Video taken by S.B. 10/26/2023 | US-001092 | | | | |
| 49 | Video of S.B.'s Statement to SFPD, 10/26/2023 | US-001093 | | | | |
| 50 | Photograph of S.B.'s wireless earbud (left side) | US-001106 | | | | |
| 51 | Photograph of S.B.'s phone screen (Lyft ride information) | US-001105 | | | | |
| 52 | Photograph of S.B.'s phone screen (Lyft vehicle information and driver photo) | US-001113 | | | | |
| 53 | SFPD Airport Bureau Incident Report (23-29960) | US-001095 | US-001103 | | | |
| 54 | Golden1 Custodian of Records Certification | US-000049 | | | | |
| 55 | Golden1 Bank Account Records for Csaba Csukás, Account ending 0139 (2023) | US-000310 | US-000395 | | | |
| 56 | TMobile Certificate of Records Custodian | US-001145 | | | | |
| 57 | TMobile Interpreting Records Guide | US-001115 | US-001144 | | | |
| 58 | TMobile Account Information for Csaba Csukás | US-001147 | | | | |
| 59 | TMobile Records for Csukás (phone number ending 0800) | US-001146 | | | | |
| 60 | TMobile Call Excerpts for Csukás 10/25/2024-10/27/2024 UTC (phone number ending 0800) | US-001778 | | | | |
| 61 | Uber, Inc. Certificates of Records Custodians | US-001152; US-001233 | | | | |
| 62 | Uber, Inc. Photograph of Driver Csaba Csukás | US-001151 | | | | |
| 63 | Uber, Inc. Photograph of Driver License for Csaba Csukás | US-001155 | | | | |
| 64 | Uber, Inc. User Information for Csaba Csukás | US-001149 | US-001150 | | | |
| 65 | Uber, Inc. California Regulatory Rules and Requirements (Effective February 4, 2019) | US-001193 | US-001194 | | | |
| 66 | Text Messages (Caitlin Myhre) | US-001756 | US-001763 | | | |

| No. | Description | Begin Bates | End Bates | I.D. | Off. | Adm. |
|---|---|---|---|---|---|---|
| 67 | Twitter Offer Letter (6/22/2021) | US-001614 | US-001617 | | | |
| 68 | Twitter Code of Business Conduct & Ethics | US-001632 | US-001641 | | | |
| 69 | Separation Agreement Letter (3/9/2023) | US-001611 | | | | |
| 70 | Prior Positions Spreadsheet for Csaba Csukás (Native) | US-001578 | US-001586 | | | |
| 71 | YouTube User "csabajohncsukas" | US-001080 | US-001081 | | | |
| 72 | Video from YouTube Post: "10k protesters marching on Market St in San Francisco, CA in solidarity with Gaza, Palestine" (10/15/2023) | US-001490 | | | | |
| 73 | Reddit Page Excerpts, User Csaba John Csukás | US-001084 | | | | |
| 74 | Reddit Page, User Csaba John Csukás | US-001333 | US-001477 | | | |
| 75 | Reddit Post: "Power Born of Dreams: My Story is Palestine | Book Review" (6/11/2022) | US-001462 | | | | |
| 76 | Reddit Post: "Power Born of Dreams: My Story is Palestine | Book Review" (6/11/2022) | US-001510 | | | | |
| 77 | Reddit Repost: "Gaza: The world's largest prison" (10/15/2023) | US-001401 | | | | |
| 78 | Video from Reddit Repost: "Gaza: The world's largest prison" (10/15/2023) | US-001496 | | | | |
| 79 | Reddit Repost: "How Western Leaders & Media Are Justifying Israel's "Genocidal Campaign" Against Palestinians" (10/15/2023) | US-001400 | | | | |
| 80 | Video from Reddit Repost: "How Western Leaders & Media Are Justifying Israel's "Genocidal Campaign" Against Palestinians" (10/15/2023) | US-001499 | | | | |
| 81 | Reddit Post: "10k protesters marching on Market St in San Francisco, CA in solidarity with Gaza, Palestine" (10/15/2023) | US-001399 | | | | |
| 82 | Reddit Repost: "Pro-Israeli woman in London attacks people supporting Palestinians" (10/25/2023) | US-001396 | | | | |
| 83 | Video from Reddit Repost: "Pro-Israeli woman in London attacks people supporting Palestinians" (10/25/2023) | US-001511 | | | | |
| 92 | Session History (August-October 2023) for Csabajohncsukas | US-001290 | US-001292 | | | |
| 93 | Account Information for csabajohncsukas | US-001277 | | | | |
| 94 | Map (San Francisco Int'l. to San Jose) | US-001800 | | | | |
| 96 | Map of SFO (3D View) | US-001797 | | | | |
| 97 | Annotated Terminal and Parking Map – SFO | US-001687 | | | | |