1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2

3    MARTHA A. BOERSCH (CABN 126569)
     Chief, Criminal Division

4    COLIN C. SAMPSON (CABN 249784)
     Assistant United States Attorneys
5
         450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6      Telephone: (415) 436-7020
         FAX: (415) 436-7009
7      Colin.Sampson@usdoj.gov

8    LIA RETTAMMEL (MDBN 1112150047)
     Trial Attorney, Civil Rights Division
9      950 Pennsylvania Ave. NE – 4CON 7.915
         Washington, DC 20530
10     (202) 514-3204
         Lia.Rettammel@usdoj.gov

11

12   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 24-00152 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) UNITED STATES' THIRD AMENDED WITNESS LIST |
| CSABA JOHN CSUKÁS, | ) |
| Defendant. | ) Trial: October 28, 2024 |
| | ) Court: Honorable William H. Orrick |

      The United States of America ("United States") hereby submits its list of prospective witnesses who may be called (other than those called solely for impeachment or rebuttal) to testify at trial. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to call additional witnesses as may be necessary during trial:

      Notices and disclosures for the below witnesses under Federal Rules of Evidence 602, 702, 703,

and/or 705 have been provided to the defense:

1. <u>Payton Barnes</u> (Subpoena Compliance Specialist, Lyft, Inc.): Payton Barnes may testify regarding Lyft, Inc. policies governing users of the Lyft platform. Ms. Barnes may further testify about records and communications on the Lyft platform, including how users communicate with other users, what is displayed to specific users (ex., drivers and riders) about specific rides and pickup information, and what data Lyft stores about rides. Ms. Barnes may further testify regarding how rides are assigned at San Francisco International Airport versus non-airport locations, and how users report safety or other issues to Lyft. Ms. Barnes may further testify regarding Lyft's relationship with Flexdrive, LLC for leasing of vehicles, and FlexDrive leasing records related to Defendant's vehicle (Kia Nero, California License Plate No. 8RGY215). Ms. Barnes may further testify regarding her role as a Subpoena Compliance Specialist at Lyft, Inc., and as a custodian of records for documents produced by Lyft during the investigation of this matter.

2. <u>S.B.</u> (Victim): S.B. may testify regarding his interaction with Defendant and the assault on him by the Defendant at San Francisco International Airport on October 26, 2023. S.B. may further testify regarding a video he took of Defendant immediately after the assault, his reporting of the assault to Lyft and to police, physical pain and injuries sustained as a result of the assault, subsequent medical visits and treatments, and damage to property as a result of the assault, including to an in-ear wireless device owned by S.B.

3. <u>Revital Shavit Barsheshet</u>: Ms. Barsheshet may testify regarding her observations of S.B. and actions taken after she arrived at San Francisco International Airport on October 26, 2023, including observations of injuries to S.B., and S.B.'s medical appointments and actions in the months after the assault.

4. <u>Ofc. Fidel Gonzalez</u> (San Francisco Police Department): Officer Fidel Gonzalez may testify regarding his response to a call for service at San Francisco International Airport Garage Level 5, statements he took from the victim and witnesses subsequent to the call for service, and other investigative steps taken in case 23-29960, including taking photographs, collection of surveillance video evidence of the assault from San Francisco International Airport's closed-circuit video ("CCTV") system and license plate information for Defendant's vehicle.

5.     Robyn Lipkowitz (Eyewitness): Robyn Lipkowitz may testify as a witness to the assault on S.B. at San Francisco International Airport on October 26, 2023.

6.     Matt Maychrowitz (Intellicene):  Sr. Software Engineer Matt Maychrowitz may testify about retrieval, extraction, and production of video files from San Francisco International Airport's closed-circuit video ("CCTV") system.

7.     Kathleen Millspaugh (Special Agent, FBI):  Special Agent Millspaugh may testify about items seized pursuant to a search warrant served on Reddit, Inc., and her possession and custody of physical evidence obtained in the investigation, including the victim's wireless in-ear devices.  Special Agent Millspaugh may further testify regarding evidence collected during the investigation and prosecution of this matter by subpoena, search warrant, and other legal process, or from publicly accessible sources and voluntarily provided evidence. Special Agent Millspaugh will attend trial at counsel's table and may testify regarding demonstratives shown at trial, including but not limited to aerial photographs and maps of the scene of the assault.

8.     Caitlin Deming Myhre (Eyewitness):  Caitlin Myhre may testify as an eyewitness to the assault on S.B. and statements she heard Defendant say immediately after the assault.

9.     Celestine Susi (Reddit, Inc.):  Celestine Susi, Senior Specialist, User Data Policy and custodian of records of Reddit, Inc., may testify regarding the Reddit Platform and the account associated with Defendant produced to the government pursuant to legal process, including content seized by search warrant.

Dated:  October 24, 2024.

ISMAIL J. RAMSEY
United States Attorney

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
LIA RETTAMMEL
Trial Attorney, Civil Rights Division