ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

LIA RETTAMMEL (MDBN 1112150047)
Trial Attorney, Civil Rights Division
    950 Pennsylvania Ave. NE – 4CON 7.915
    Washington, DC 20530
    (202) 514-3204
    Lia.Rettammel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 24-00152 WHO |
|     Plaintiff, | ) ) ) | UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO LIMIT VICTIM TESTIMONY (ECF NO. 95) |
|   v. | ) ) | |
| CSABA JOHN CSUKÁS, | ) ) | Trial:     October 28, 2024<br>Court:   Honorable William H. Orrick |
|     Defendant. | ) ) ) | |

    Counsel for the United States of America (the "government"), through Assistant U.S. Attorney Colin Sampson and Trial Attorney Lia Rettammel, respectfully submit the following Opposition to Defendant's Motion Preclude the Jewish and Israeli victim of the alleged hate crime, S.B., from using the word "Holocaust" during his trial testimony.

    Defendant's reposts to the Public on Reddit, as well as the speakers in videos Defendant shared on

Reddit in mid-October 2023, refer to Israel's "genocide" in Gaza.  <u>Exhibit 79, 81</u>.  Another video Defendant shared publicly refers to Israel wanting to "concentrate" Palestinians.  <u>Exhibit 82</u>. In Defendant's own words, Israel imposed a "police state" and "locked up entire communities" and that "Israel is perpetuating an apartheid regime and system upon the Palestinians."  These words are coming into the trial.  The evidence will show that, as Defendant prepared to punch S.B. in the face, he said "Fuck Jews! Fuck Israelis!"

But Defendant is deeply concerned that his alleged victim – which occurred because of his status as a Jew and an Israeli – might mention the word "Holocaust" when testifying about his name.  The victim's name was the only piece of information Defendant had about him which identified him as being affiliated with Israel or Judaism, hence Defendant's alleged questions that preceded the assault.  The victim's name came from his uncle, and before that his great-grandfather, who was killed in the Holocaust that preceded the formation of the nation he was born to and which formed the basis of the hate crime.

This issue is not new, and the government did not "plant" references to S.B.'s roots.  S.B. has spoken at nearly every meeting with the government about his name and what it has meant to him.  Defendant has been aware of this since the first discovery production in March, and only raises it on the eve of trial.

Defendant attacked the victim because he was Jewish and Israeli.  He took his victim as he found him.  For the reasons stated above, the government opposes Defendant's Motion *in Limine*.

          Respectfully submitted,

          ISMAIL J. RAMSEY
          United States Attorney

Dated:  October 25, 2024.          */s/ Colin Sampson*
          COLIN SAMPSON
          Assistant United States Attorney
          LIA RETTAMMEL
          Trial Attorney, Civil Rights Division