JODI LINKER Cal. Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal. Bar No. 242797
ELISSE LAROUCHE Cal. Bar No. 308533
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Candis_Mitchell@fd.org

Counsel for Defendant Csukás

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Csaba John Csukás,**<br><br>Defendant. | **Case No.:** CR 24–152 WHO<br><br>**Defendant's Second Amended Exhibit List** |

The defense hereby submits a list of potential exhibits in the above-captioned case. The defense will decide whether and how to present a defense case after the government presents its case. The defense reserves the right to amend this list prior and during trial as necessary.

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 100 | Lyft Records (Redacted) | US-000509 – US-000511<br>US-000634 – US-000640<br>US-000698 – US-000814<br>US-000822 – US-000918<br>US-000928 – US-000931<br>US-000941 – US-001056 |

DEFENDANT'S 2ND AMENDED EXHIBIT LIST
*CSUKÁS*, CR 24–152 WHO

1

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 101 | Video Recording, Shlomi Barsheshet X (Twitter) Postings | FPD000135 |
| 102 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000138 |
| 103 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000139 |
| 104 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000140 |
| 105 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000141 |
| 106 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000142 |
| 107 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000143 |
| 108 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000144 |
| 109 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000145 |
| 110 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000146 |
| 111 | Photo, Shlomi Barsheshet X (Twitter) Posting | FPD000147 |
| 112 | Capture of Csukas Twitter | US-001058 – US-001067 |
| 113 | Capture of Csukas YouTube | US-001080 – US-001083 |
| 114 | Capture of Csukas YouTube Videos | FPD000191 |
| 115 | Capture of Csukas YouTube Shorts | FPD000192 |
| 116 | Capture of Csukas Reddit Pages | US-001396 – US001462 |
| 117 | Capture of Csukas Reddit Page Existence of Israel is antithetical (Exhibit 74 at 74) | US001375 |
| 118 | Capture of Csukas Reddit Page (Exhibit 74 at 7 dated 2023-10-09) | US-001404 |
| 119 | FBI 302, Interview of Shlomi Barsheshet on 11-17-23 (Redacted) | US-000004 |
| 120 | FBI 302, Interview of Shlomi Barsheshet on 11-22-23 (Redacted) | US-000006 – US-0000007 |
| 121 | FBI 302, Interview of Shlomi Barsheshet on 12-13-23 (Redacted) | US-000009 – US-000010 |
| 122 | FBI 302, Shlomi Barsheshet forwarded text messages to FBI on 9-6-24 | US-001746 |

DEFENDANT'S 2ND AMENDED EXHIBIT LIST
*CSUKAS*, CR 24–152 WHO

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 123 | FBI 302, Interview of Det. Morgan on 11-17-2023 (Redacted) | US-000005 |
| 124 | Grand Jury Testimony of Shlomi Barsheshet | US-000440 – US-000469 |
| 125 | Grand Jury Testimony of Payton Barnes | US-000418 – US-000439 |
| 126 | Audio Recording, 911 Call from Shlomi Barsheshet on 10-26-23 | FPD000159 |
| 127 | WhatsApp Group Text Messages involving Shlomi Barsheshet (Redacted) | US-001740 – US-001745 |
| 128 | FBI 302, Interview of Alexandria Wyllie on 1-4-24 (Redacted) | US-000001 |
| 129 | Intentionally Left Blank | |
| 130 | Lyft Recs for Shlomi Barsheshet (Redacted) | FPD000148 – FPD000158 |
| 131 | Uber Recs for Shlomi Barsheshet (Redacted) | FPD000180 – FPD000190 |
| 132 | Photo of Kia Nero IMG-8482 | FPD000202 |
| 133 | Photo of Kia Nero IMG-8595 | FPD000203 |
| 134 | Photo of Kia Nero IMG-8596 | FPD000204 |
| 135 | Photo of Kia Nero IMG-8597 | FPD000205 |
| 136 | Photo of Kia Nero IMG-8598 | FPD000206 |
| 137 | FBI 302, Interview of Officer Ng on 10-17-24 | US-001935 |
| 138 | FBI 302, Interview of Officer Gonzalez on 10-17-24 | US-001937 – US-001938 |
| 139 | FBI 302, Interview of Peyton Barnes on 10-18-24 | US-001941 |
| 140 | FBI 302, Interview of Revital Barsheshet on 10-21-24 & Agent Notes (Redacted) | US-001942 – US-001946 |
| 141 | FBI 302, Interview of Robyn Lipkowitz on 10-21-24 & Agent Notes (Redacted) | US-001947 – US-001950 |
| 142 | FBI 302, Interview of Shlomi Barsheshet on 10-22-24 with attachments (Redacted ) | US-001956 – US-001957 |
| 143 | FBI 302, Interview of Shlomi Barsheshet on 10-21-24 & Agent Notes (Redacted) | US-001958 – US-001963 |
| 144 | FBI 302, Interview of Caitlin Myhre on 10-22-24 & Agent Notes | US-001971 – US-001975 |

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 145 | FBI 302, Interview of Alexandria Wyllie on 10-22-24 & Agent Notes (Redacted) | US-001976 – US-001980 |

Dated:   October 27, 2024

Respectfully submitted,

JODI LINKER  
Federal Public Defender  
Northern District of California

            /S  
CANDIS MITCHELL  
ELISSE LAROUCHE  
Assistant Federal Public Defender