JODI LINKER Cal. Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal. Bar No. 242797
ELISSE LAROUCHE Cal. Bar No. 308533
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Candis_Mitchell@fd.org

Counsel for Defendant Csukás

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Csaba John Csukás,**<br><br>Defendant. | **Case No.:** CR 24–152 WHO<br><br>**Defendant's Third Amended Witness List** |

The defense hereby submits a third amended list of potential witnesses in the above-captioned case. The defense will decide whether and how to present a defense case after the government presents its case. The defense reserves the right to amend this list prior and during trial as necessary.

1. **Csaba John Csukás**. Testimony regarding events that occurred on or about October 26, 2023.

2. **Michael Portman**. Mr. Portman is an investigator with the San Francisco Federal Public Defender's Office and interviewed key witnesses and reviewed video and images from October 26, 2023.

3. **Celestine Susi**. Celestine Susi may testify regarding the Reddit account associated with Mr. Csukás.

4. **Payton Barnes**. Payton Barns may testify regarding Lyft, Lyft's policies, and the Lyft platform.

5. **Fidel Gonzalez.** Fidel Gonzalez may testify regarding responding to a call for service on October 26, 2023.

6. **James Shafer.** James Shafer may testify regarding Mr. Csukás' work at Facebook.

7. **Alexandria Wylie**. Alexandria Wylie may testify regarding a Lyft ride she received from Mr. Csukás during the evening of October 26, 2023,

8. **Arslan Ibrahimi.** Arlan Ibrahimi may testify as a character witness for Mr. Csukás.

9. **Emin Karimov.** Emin Karimov may testify as a character witness for Mr. Csukás.

10. **Seymur Yusibov.** Seymur Yusibov may testify as a character witness for Mr. Csukás.

11. **Greg Cramer.** Greg Cramer may testify as a character witness for Mr. Csukás.

12. **Desiree Dahdah.** Desiree Dahdah may testify as a witness for Mr. Csukás.

13. **Nash Ashumov.** Nash Ashumov may testify as a character witness for Mr. Csukás.

Dated:   October 27, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

         /S
CANDIS MITCHELL
ELISSE LAROUCHE
Assistant Federal Public Defender