JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL, Bar No. 242797
ELISSE LAROUCHE, Bar No. 308533
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Candis_Mitchell@fd.org

Counsel for Defendant Csukás

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 24–152 WHO |
| Plaintiff, | **Defendant's Additional Proposed Jury Instruction** |
| v. | |
| **Csaba John Csukás,** | |
| Defendant. | |

In light of the Court's recent ruling, which limited the number of character witnesses Mr. Csukás is permitted to call, the defense respectfully requests the Court provide the jury with the following additional instruction:

**INSTRUCTION NO. __**

You have heard testimony from defense witnesses with respect to the defendant's character. You may have noticed a limited number of character witnesses were presented. The Court has ordered the defendant to present only two character witnesses. This limitation does not reflect on the credibility of the witnesses or the character of the defendant. In evaluating the character witnesses' testimony and/or the character of the defendant, you are to draw no inferences from the number of witnesses who testified.

Dated:  October 27, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

          /S
CANDIS MITCHELL
ELISSE LAROUCHE
Assistant Federal Public Defender