**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cr-00152-WHO-1
Case Name: USAv. Csukas

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Colin Sampson and Lia Rettammel | Candis Mitchell and Elisse M. Larouche |
| **TRIAL DATE: 10/28/2024** | **REPORTER:** | **CLERK:** |
| 7 hours, 4 minutes<br>8:02 a.m. to 12:07 p.m.<br>12:58 p.m. to 4:01 p.m. | Ruth Levine Ekhaus | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session, awaiting defendant to proceed (jurors out) |
| | | 8:05 a.m. | | | Attorney conference begins; Defense proposed instruction discussed and denied. Defense disclosure of specific character witnesses discussed; disclosure should be made during the lunch hour today. |
| | | 8:13 a.m. | | | Court in recess |
| | | 8:45 a.m. | | | Court in session (jurors present)<br>The Court presents preliminary instructions |
| | | 9:02 a.m. | | | Government opening statement (Sampson) |
| | | 9:09 a.m. | | | Defense opening statement (Larouche) |
| | | 9:25 a.m. | | | Government direct examination of **Fidel Gonzalez** (Rettammel) |
| 96 | | 9:28 a.m. | X | X | Map of SFO (3D View); Admitted without objection |
| 51 | | 9:32 a.m. | X | X | Photograph of S.B.'s phone screen (Lyft ride information); Admitted without objection |
| 44 | | 9:35 a.m. | X | X | Photograph #1 of S.B.'s face (left side); Admitted without objection |
| 45 | | 9:36 a.m. | X | X | Photograph #2 of S.B.'s face (left side); Admitted without objection |
| 46 | | 9:38 a.m. | X | X | Photograph #3 of S.B's face (left side); Admitted without objection |
| 47 | | 9:38 a.m. | X | X | Photograph #4 of S.B.'s face (left side rear); Admitted without objection |
| 50 | | 9:39 a.m. | X | X | Photograph of S.B.'s wireless earbud (left side); Admitted without objection |
| | | 9:42 a.m. | | | Defense cross examination of **Fidel Gonzalez** (LaRouche) |
| | | 9:51 a.m. | | | Government redirect of **Fidel Gonzalez** (Rettammel) |
| | | 9:51 a.m. | | | Witness excused |

Case No: 24-cr-00152-WHO-1
Case Name: USA v. Csukas
Date: October 28, 2024
Courtroom Deputy: Jean Davis    - Court Reporter: Ruth Levine Ekhaus

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:51 a.m. | | | Government direct examination of **Matthew Maychrowitz** (Sampson) |
| 41 | | 9:59 a.m. | X | X | SFO Parking Garage Security Camera Video, 10/26/2023; Admitted without objection |
| | | 10:12 a.m. | | | Defense waives cross examination; witness excused |
| | | 10:13 a.m. | | | Jurors excused; court in recess |
| | | 10:31 a.m. | | | Court in session (jurors present) |
| | | 10:32 a.m. | | | Government direct examination of **Victim S.B.** (Sampson) |
| 12 | | 10:45 a.m. | X | X | Screenshot of ride with "John"; Admitted without objection |
| 11 | | 11:02 a.m. | X | X | Photograph of Victim's phone with picture of "John"; Admitted without objection |
| 18 | | 11:18 a.m. | X | X | Good Samaritan Hospital Patient Records for S.B., 10/26/2023 (redacted); Admitted without objection |
| 19 | | 11:20 a.m. | X | X | OneMedical Records for S.B. (10/31/2023); Objection overruled |
| | | 11:26 a.m. | | | Defense cross examination of **Victim S.B**. (LaRouche) |
| 43 | | 11:53 a.m. | X | X | Video of Surveillance Capture (10/26/2023); Admitted without objection |
| | | 12:07 p.m. | | | Court in recess |
| | | 12:58 p.m. | | | Court in session (jurors present) Defense cross examination of **Victim S.B.** continues (LaRouche) |
| | | 1:09 p.m. | | | Government redirect of **Victim S.B.** (Sampson) |
| | 126 | 1:12 p.m. | X | | Audio Recording, 911 call from Victim S.B.; Identified and published to the jury |
| | | 1:19 p.m. | | | Witness excused |
| | | 1:20 p.m. | | | Government direct examination of **Robyn Lipkowitz** (Rettammel) |
| | | 1:30 p.m. | | | Defense cross examination of **Robyn Lipkowitz** (Mitchell) |
| | | 1:33 p.m. | | | Government redirect of **Robyn Lipkowitz** (Rettammel) |
| | | 1:35 p.m. | | | Witness excused |
| | | 1:36 p.m. | | | Government direct examination of **Payton Barnes** (Rettammel) |
| 22 | | 1:51 p.m. | X | X | Account Information for User John Csaba Csukás (Redacted); Admitted without objection |
| 27 | | 1:52 p.m. | X | X | Image of California Driver License for Csaba John Csukás (exp. 11/28/2026); Admitted without objection |

Case No: 24-cr-00152-WHO-1
Case Name: USA v. Csukas
Date: October 28, 2024
Courtroom Deputy: Jean Davis    - Court Reporter:    Ruth Levine Ekhaus

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 28 | | 1:53 p.m. | X | X | Profile Picture of User John Csaba Csukas; Admitted without objection |
| 35 | | 1:55 p.m. | X | X | Flexdrive Services Lease Information, Blue Kia Nero (October 23-30, 2023); Admitted without objection |
| 30 | | 1:57 p.m. | X | X | Lyft, Inc., Terms of Service, Privacy Policy, and Driver Addendum (12/12/2022); Admitted without objection |
| 32 | | 2:02 p.m. | X | X | Lyft Ride Information for S.B., 10/26/2023 (Redacted); Admitted without objection |
| 33 | | 2:04 p.m. | X | X | Lyft Ride Information for S.B., 10/26/2023 (Redacted); Admitted without objection |
| 39 | | 2:10 p.m. | X | X | Lyft Ride Information for John Csaba Csukás on 10/26/2023; Admitted without objection |
| | | 2:11 p.m. | | | Defense cross examination of **Payton Barnes** (LaRouche) |
| 21 | | 2:14 p.m. | X | | Certificates of Custodian of Records, Lyft, Inc.; Identified only |
| 34 | | 2:17 p.m. | X | | Lyft Transaction Information, User John Csaba Csukás (10/24/2023-10/26/2023); Admission denied |
| | | 2:24 p.m. | | | Witness excused |
| | | 2:24 p.m. | | | Court in recess |
| | | 2:41 p.m. | | | Court in session |
| | | 2:42 p.m. | | | Government direct examination of **Celestine Rosario Reyes Susi** (Sampson) |
| 73 | | 2:53 p.m. | X | X | Reddit Page Excerpts, User Csaba John Csukás; Admitted without objection |
| 93 | | 3:02 p.m. | X | X | Account Information for csabajohncsukas; Admitted without objection |
| 92 | | 3:04 p.m. | X | X | Session History (August-October 2023) for Csabajohncsukas; Admitted without objection |
| | | 3:07 p.m. | | | Defense cross examination of **Celestine Rosario Reyes Susi** (Mitchell) |
| | | 3:17 p.m. | | | Government redirect of **Celestine Rosario Reyes Susi** (Sampson) |
| | | 3:18 p.m. | | | Witness excused |
| | | 3:18 p.m. | | | Government presents stipulations of facts agreed to by counsel |
| | | 3:25 p.m. | | | Government direct examination of **Caitlin Myhre** (Rettammel) |
| | | 3:48 p.m. | | | Defense cross examination of **Caitlin Myhre** (Mitchell) |
| | | 3:56 p.m. | | | Government redirect of Caitlin Myhre (Rettammel) |

|  |  | 3:57 p.m. |  |  | Witness excused |
|---|---|---|---|---|---|
|  |  | 3:58 p.m. |  |  | Jurors excused |
|  |  | 4:01 p.m. |  |  | Court in recess.  Final jury instruction conference on Tuesday at 3:30 p.m. |