The defendant has asserted that he was motivated to assault S.B. for reasons other than S.B.'s actual or perceived religion or national origin.  It is up to you to determine whether the defendant was in fact motivated by other factors.  If you determine the defendant did have other motivating factors for his assault of S.B., then you must determine whether S.B.'s actual or perceived religion or national origin was the "but for" cause of the defendant's assault.  The government is not required to prove that S.B.'s actual or perceived religion or national origin was the sole or even the primary reason that the defendant caused bodily injury to S.B.; rather, the government must prove that the defendant would not have assaulted S.B but for S.B.'s actual or perceived religion or national origin.  If you find that the defendant would have assaulted S.B. regardless of S.B.'s actual or perceived religion or national origin, then S.B.'s actual or perceived religion or national origin was not a "but-for" cause for the assault.