UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK

Case No. 24-cr-00152-WHO-1

CASE NAME: USA v. Csukas

NOTE FROM THE JURY

Note No. _1_

Date _30 OCT 2024_

Time _11:20 AM_

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Please provide definition of "course of travel", for example, does passanger need to be inside of car, or ~~or B~~ is a contract to accepting an agreement to accept a ride sufficient to qualify as a continuance of "course of travel"

Foreperson of the Jury

Please refer to Instruction No. 14. The passenger does not need to be inside the car.

Judge Orrick