UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>CSABA JOHN CSUKAS,<br><br>        Defendant. | Case No. <u>24-cr-00152-WHO-1</u><br><br>**VERDICT FORM** |

We, the jury in the above-entitled case, being duly sworn, unanimously find the defendant, Csaba John Csukás:

<u>NOT GUILTY</u> (NOT GUILTY/GUILTY) of violation of 18 U.S.C. § 249(a)(2).

DATED: <u>Oct 30, 2024</u>, 2024.



                            PRESIDING JUROR